UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Dong Hui JIANG,

Plaintiff,

v.

TODD BLANCHE, United States Attorney General, MARKWAYNE MULLIN, Secretary, Department of Homeland Security, JOSEPH EDLOW, Director, U.S. Citizenship and Immigration Services (USCIS), CARRIE SELBY, Acting Associate Director for Service Center Operations, USCIS, GINA PASTORE, Director, USCIS, Brooklyn Field Office,

Defendants.

---

~~[PROPOSED]~~
**ORDER OF REMAND**

Civil Action No.
26-cv-5085

(Garaufis, J.)

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Complaint and all claims therein are hereby remanded to United States Citizenship and Immigration Services (USCIS) pursuant to 8 U.S.C. § 1447(b), without costs, expenses, or attorneys' fees to any party, subject to the provisions of paragraph 2 herein.

2. This remand is without prejudice to Plaintiff's right to reinstate this action if USCIS does not render a decision on Plaintiff's application for naturalization (Form N-400) within sixty (60) days of this Order of Remand being so-ordered by the Court. If Plaintiff fails to reinstate this action between 61 and 90 days from the date this Order of Remand is so-ordered, this action shall be deemed to be dismissed with prejudice.

3. The Clerk of the Court shall enter a judgment in accordance with this Order of Remand.

SO ORDERED this
6th day of November, 2026

s/Nicholas G. Garaufis
HONORABLE NICHOLAS G. GARAUFIS
United States District Judge